E. VANESSA ASSAE-BILLE
NY Bar No. 5165501
BENJAMIN CLARK
IL Bar No. 6316861
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
Phone: (202) 435-7688
Phone: (202) 435-7871
E-mail: elisabeth.assae-bille@cfpb.gov
E-mail: benjamin.clark@cfpb.gov

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, LLC,<br><br>Respondent. | 2:23-ms-00035<br><br>**CONSUMER FINANCIAL PROTECTION BUREAU'S INDEX OF EXHIBITS** |

Pursuant to Local Rule IA 10-3(d), the Consumer Financial Protection Bureau submits this Index of Exhibits in support of its Petition to Enforce Civil Investigative Demand in the above-captioned case.

| | |
|---|---|
| Ex. A | Civil Investigative Demand to Check City Partnership, LLC (December 16, 2022) and e-mail from Sarah Reise to Benjamin Clark (December 16, 2022) |
| Ex. B | Letter from Sarah Reise and Jason Cover to E. Vanessa Assae-Bille (January 18, 2023) and e-mail from Sarah Reise to E. Vanessa Assae-Bille (January 24, 2023) |
| Ex. C | Letter from Deborah Morris to Sarah Reise and Jason Cover (February 2, 2023) |

| | | |
|---|---|---|
| Ex. D | E-mail exchange between Sarah Reise and E. Vanessa Assae-Bille (February 24, 2023 to March 3, 2023) |
| Ex. E | Letter from Deborah Morris to Sarah Reise and Jason Cover (March 6, 2023) |
| Ex. F | Letter from Sarah Reise and Jason Cover to E. Vanessa Assae-Bille (March 10, 2023) |
| Ex. G | Letter from Deborah Morris to Sarah Reise and Jason Cover (March 15, 2023) |
| Ex. H | Letters from Sarah Reise to E. Vanessa Assae-Bille (January 26, 2023; February 2, 2023; February 13, 2023; February 21, 2023; and March 27, 2023) |
| Ex. I | E-mail exchange between Sarah Reise and Benjamin Clark (May 9, 2023 to May 12, 2023) |
| Ex. J | E-mail exchange between Sarah Reise and E. Vanessa Assae-Bille (March 31, 2023 to April 3, 2023) |

Dated: June 12, 2023

Respectfully submitted,

ERIC HALPERIN
Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

EMILY SACHS
Assistant Litigation Deputy

/s/ E. Vanessa Assae-Bille
E. VANESSA ASSAE-BILLE
NY Bar No. 5165501
Email: elisabeth.assae-bille@cfpb.gov
Telephone: 202-435-7688

BENJAMIN CLARK
IL Bar No. 6316861
Email: benjamin.clark@cfpb.gov
Telephone: 202-435-7871

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorneys for Petitioner*
*Consumer Financial Protection Bureau*