FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 2 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CONSUMER FINANCIAL PROTECTION BUREAU,

Petitioner,

v.

CHECK CITY PARTNERSHIP, LLC,

Respondent.

2:23-cv-00939-JCM-EJY

**2:23-ms-00035**

**ORDER TO SHOW CAUSE**

The Petitioner, Consumer Financial Protection Bureau (Bureau), having filed a Petition to Enforce Civil Investigative Demand (CID) against Respondent Check City Partnership, LLC, the Court having considered the Petition and documents filed in support thereof, and good cause having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

**IT IS HEREBY ORDERED** that, within 21 days of service of a copy of this Order, Respondent shall, in writing, show cause, if there be any, why an Order Compelling Compliance with CID should not be granted in accordance with the Petition filed by the Bureau.

**IT IS FURTHER ORDERED** that:

1.    A copy of this Order, together with the Petition and its exhibits, shall be served in accordance with Rule 4.1(a) of the Federal Rules of Civil Procedure and 12 U.S.C. § 5562(e)(2) upon Respondent within 21 days of the date that this Order is served upon counsel for the Bureau. Proof of service must be made to the Court pursuant to Rule 4(l) unless Respondent has waived service. Pursuant to Rule 4.1(a), the Court hereby appoints E. Vanessa Assae-Bille, or any other person designated by the Bureau, to effect service in this case.

1

2.    Proof of service completed pursuant to paragraph 1, above, shall be filed with the Clerk as soon as practicable.

3.    Because the file in this case reflects a showing that the Bureau has authority to investigate, that the procedural requirements required by the Consumer Financial Protection Act of 2010 and its implementing regulations have been followed, and that the evidence sought is relevant and material to the investigation, the burden of coming forward to oppose enforcement of the CID has shifted to Respondent.

4.    If Respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the Bureau 21 days after Respondent has been served with this Order pursuant to paragraph 1. The Bureau may file a reply memorandum to any opposition within 14 days after Respondent has filed any opposition.

5.    If the Court determines that a show cause hearing is appropriate, only those issues brought into controversy by the responsive pleadings and factual allegations supported by the Assae-Bille Declaration will be considered. Any uncontested allegation in the petition will be considered admitted.

Dated: July 28, 2023

_James C. Mahan_
United States District Judge

2