Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Sarah T. Reise (*pro hac vice* approved)
TROUTMAN PEPPER LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Phone: 404.885.3803
Email: sarah.reise@troutman.com

*Attorneys for Check City Partnership, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, LLC,<br><br>Respondent. | Case No.: 2:23-cv-00939-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY MEMORANDUM ON MOTION TO STAY (ECF NO. 7)**<br><br>**(First Request)** |

## STIPULATION

Petitioner Consumer Financial Protection Bureau (the "CFPB") and Respondent Check City Partnership, LLC ("Check City") (collectively, the "Parties") hereby agree and stipulate as follows:

1. On August 28, 2023, Check City filed a Motion to Stay Pending U.S. Supreme Court Decision in *Community Financial Services Association of America Ltd. v. CFPB* (ECF No. 7) (the "Motion to Stay").

163065929v1

2. The CFPB filed its Opposition to the Motion to Stay (ECF No. 16) on September 11, 2023.

3. As such, Check City's reply memorandum is currently due to be filed on September 18, 2023.

4. The Parties stipulate and agree that Check City shall have up to and including September 25, 2023, to file its reply memorandum in response to the CFPB's Opposition to the Motion to Stay.

5. This is the first request for an extension of this deadline.

6. The Parties have agreed to this stipulation because counsel for Check City was out of the office and unavailable during the week of September 11, 2023. This stipulation is therefore executed in good faith and the request is not made in attempt to delay proceedings.

DATED this 15th day of September, 2023.  DATED this 15th day of September, 2023.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*/s/ Sarah T. Reise*
Sarah T. Reise (*pro hac vice* approved)
TROUTMAN PEPPER LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Phone: 404.885.3803
Email: sarah.reise@troutman.com

*Attorneys for Check City Partnership, LLC*

*/s/ Benjamin Clark*
Benjamin Clark
E. Vanessa Assae-Bille
Stephanie B. Garlock
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Consumer Financial Protection Bureau*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 18, 2023

163065929v1