1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                                * * *
7    CONSUMER FINANCIAL PROTECTION          Case No. 2:23-CV-939 JCM (EJY)
     BUREAU,
8                                                          ORDER
                             Plaintiff(s),
9
10            v.
11   CHECK CITY PARTNERSHP, LLC,
12                           Defendant(s).
13

14        This case involves a petition by the Consumer Financial Protection Bureau ("the Bureau")
15   to enforce a civil investigative demand on Check City Partnership, LLC.  (ECF No. 1).   By order
16   in November 2023, the court stayed this case pending the Supreme Court's decision in *Consumer*
17   *Financial Protection Bureau v. Community Financial Services Association of America, Limited*
18   ("CFPB v. CFSAA") (docket no. 22-448).  601 U.S. 416, (2024).  In *CFPB v. CFSAA*, the Supreme
19   Court was set to decide whether the Bureau's funding statute is valid under the Appropriations
20   Clause.  A stay was entered because an unfavorable decision would require dismissal of the case.
21   (ECF No. 23).
22        The Supreme Court has now held that the Bureau's funding statute satisfies the
23   Appropriations Clause.  *CFPB*, 601 U.S. at 441.  The parties agree that *CFPB v. CFSAA* no longer
24   provides a basis for staying this case and have set a production schedule that would allow Check
25   City to fully comply with the Bureau's civil investigative demand.  (ECF No. 24, at 2).
26        Accordingly,
27        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the stay in this case is
28   LIFTED.

**James C. Mahan**
**U.S. District Judge**

1      IT IS FURTHER ORDERED that the parties submit a second joint status report by August

2  28, 2024, notifying the court of the status of this case and whether any disputes remain.

3      IT IS FURTHER ORDERED that Check City Partnership, LLC is not required to respond

4  to the court's previous Order to Show Cause (ECF No. 5) until and unless instructed by the court.

5      DATED June 17, 2024.

UNITED STATES DISTRICT JUDGE