|  |  |
|---|---|
| 1 | E. VANESSA ASSAE-BILLE |
|  | NY Bar No. 5165501 |
| 2 | BENJAMIN CLARK |
|  | IL Bar No. 6316861 |
| 3 | Consumer Financial Protection Bureau |
|  | 1700 G Street, NW |
| 4 | Washington, D.C. 20552 |
|  | Phone: (202) 435-7688 |
| 5 | Phone: (202) 435-7871 |
|  | E-mail: elisabeth.assae-bille@cfpb.gov |
| 6 | E-mail: benjamin.clark@cfpb.gov |
| 7 | *Attorneys for Petitioner* |
| 8 | Patrick J. Reilly |
|  | Nevada Bar No. 6103 |
| 9 | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|  | 100 North City Parkway, Suite 1600 |
| 10 | Las Vegas, Nevada 89106 |
|  | Telephone: 702.382.2101 |
| 11 | Facsimile: 702.382.8135 |
|  | preilly@bhfs.com |
| 12 |  |
|  | Sarah T. Reise (*pro hac vice* approved) |
| 13 | TROUTMAN PEPPER LOCKE LLP |
|  | 600 Peachtree Street, NE, Suite 3000 |
| 14 | Atlanta, Georgia 30308 |
|  | Phone: 404.885.3803 |
| 15 | Email: sarah.reise@troutman.com |
| 16 | *Attorneys for Check City Partnership, LLC* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| CONSUMER FINANCIAL PROTECTION BUREAU, | Case No.: 2:23-cv-00939-JCM-EJY |
|---|---|
| Petitioner, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. |  |
| CHECK CITY PARTNERSHIP, LLC, |  |
| Respondent. |  |

1

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Petitioner and Respondent
2   stipulate that the above-captioned action is voluntarily dismissed against Respondent, with prejudice,
3   with each party bearing its own costs, expenses, and attorneys' fees.

Dated: April 18, 2025                                Respectfully submitted,

Mark Paoletta
*Chief Legal Officer*
Victoria Dorfman
*Senior Legal Advisor*
Cara Petersen
*Acting Enforcement Director*
Deborah Morris
*Deputy Enforcement Director*
Emily Sachs
*Assistant Litigation Deputy*

/s/ Benjamin Clark
BENJAMIN CLARK
IL Bar No. 6316861
E-mail: benjamin.clark@cfpb.gov
Telephone: 202-435-7871

E. VANESSA ASSAE-BILLE
NY Bar No. 5165501
E-mail:elisabeth.assae-bille@cfpb.gov
Telephone: 202-435-7688

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorneys for Petitioner*
*Consumer Financial Protection Bureau*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/Sarah T. Reise
Patrick J. Reilly
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Sarah T. Reise (*pro hac vice* approved)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308

*Attorneys for Check City Partnership, LLC*

IT IS SO ORDERED:

_____
James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2025

3